# United States District Court

SOUTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA

V.

ACCOUNT CONTENTS OF KEY BANK ACCOUNT #****6355 IN THE NAME OF GREENE COUNTY PROSECUTOR'S OFFICE, BAKARI ENTERPRISE, IN THE AMOUNT OF $375,059.90

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:09CV0029

TO: (Name and Address of Defendant)

ACCOUNT CONTENTS OF KEY BANK ACCOUNT #****6355 IN THE NAME OF GREENE COUNTY PROSECUTOR'S OFFICE, BAKARI ENTERPRISE, IN THE AMOUNT OF $375,059.90
c/o United States Marshal Service
200 West Second St., Room #807
Dayton, Ohio 45402

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Pamela M. Stanek
Assistant U.S. Attorney
U.S. Attorney's Office
200 West Second Street
Federal Building, Room 602
Dayton, Ohio  45402

a Claim pursuant to Rule G of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure within thirty (30) days after the service of this Summons upon you, exclusive of the day of service, and an Answer or Motion under Rule 12 to the Complaint which is herewith served upon you, within twenty (20) days after the filing of your Claim.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

JAMES BONINI
CLERK

_(signature)_
(By) Deputy Clerk

1/23/2009
DATE